# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

*In the Matter of the Search of*

**739 East First Street, Apartment B.**
**Calexico, California 92231**

FILED
DEC 21 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

***SEARCH WARRANT***

***CASE NUMBER:*** **'07 MJ 8998**

*To: Any duly authorized Federal Officer and any Authorized Officer of the United States*

*Affidavit(s) having been made before me by Lead Border Patrol Agent IRENE SOLORZANO who has reason to believe that ☐ on the person or ☒ on the premises known as*

***SEE ATTACHMENT A***

*In the Southern District of California, there is now concealed a certain person or property, namely*

***SEE ATTACHMENT B***

*Which is the fruits, instrumentalities and evidence concerning a violation of Title 8 United States Code, Section(s) 1324. Which is the fruits, instrumentalities and evidence concerning a violation of Title 18 United States Code, Section(s) 1546, 1028(a)(1) and (c)(1), 1028(a)(2) and (c)(1), 1028(a)(3) and (c)(1), 1028(a)(5), 371, and 2.*

*I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.*

***YOU ARE HEARBY COMMANDED*** *to search on or before* 12-29-07

*(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime – 6:00 a.m. to 10:00 p.m.) ☐ (~~at any time in the day or night~~ as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U.S. Magistrate Judge, as required by law.*

12-19-07 @ 12:20 pm at El Centro, CA
*Date/Time issued*

PETER C. LEWIS
***United States Magistrate Judge***
***Name and Title of Judicial Officer***

***Signature of Judicial Officer***

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| December 19, 2007 | December 19, 2007 2:10 P.M | Terry Romero |

INVENTORY MADE IN THE PRESENCE OF

Lead Border Patrol Agent Irene Solorzano

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

a. (1) PLASTIC ZIP LOCK BAG CONTAINING A GREEN LEAFY SUBSTANCE FOUND IN ROOM #5

b. (1) SMALL AMOUNT OF GREEN LEAFY SUBSTANCE WRAPPED IN PAPER FOUND IN ROOM #2

c. (1) SMALL PLASTIC CONTAINER WITH WHAT APPEARED TO BE GREEN LEAFY RESIDUE FOUND IN #1

d. (1) IID RECEIPT CONTAINING NAME OF CAESAR ALFONSO DILAN FOUND IN ROOM #1

e. (1) ENVELOPE CONTAINING NAME OF PERSON LIVING AT 744 2ND ST., CALEXICO, CA. FOUND IN ROOM #5

f. (1) LETTER SIGNED KOKY

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant

[signature]

Subscribed, sworn to, and returned before me this date.

12-21-07 [signature] PETER C. LEWIS US MAGISTRATE JUDGE

U.S. Judge or Magistrate — Date